John Carroll, Plaintiff, v. John H. McArdle, as Supervisor of the Town

of Mamaroneck, Defendant.— Judgment for plaintiff in accordance with the terms of the submission, without costs, under the authority of *Cone* v. *Lauer* (131 App. Div. 194) and cases therein cited. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The Chase Nurseries, Respondent, v. C. P. Holzderber, Appellant.— Judgment of the County Court of Orange county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.